Sargent O'dell melvin D
choked and slamed me face first into the concret while in cuffs and shackels
Assult 2nd
need prison Reform New
see- www. Cagid Kingdum
jon mw. JPay.com

Advcate for my
Freedam/justice
No more police/co
Butalty/assome
Force/claus
Hate Crime

Civil Action No. 5:20-cv-165-TBR

READ BELOW AS FORMAL COMPLAINT  9-03-20 10.23 AM

ON DATE (ADD DATE OF INCIDENT IN HERE) I WAS ASSAULTED BY K.S.P. CORRECTIONAL SGT O'DELL AT KENTUCKY STATE PENITENTIARY BY HIS PLACING ME IN A COMBATIVE STRIKE POSITION WHILE UNDER FOUR POINT MECHANICAL WRIST/LEG IRON RESTRAINT. DURING SUCH POSITIONING SGT O'DELL MALICIOUSLY, WITH LEARNED INTENT TOOK ME FROM STANDING TO PRONE POSITION WITH FULL WIEGHT, BOTH MINE AND HIS, UPON MY UPPER TORSO AREA RESULTING IN SEVERE (ADD IN YOUR INJURIES HERE) INJURIES.

THOUGH I HAVE SINCE BEEN RE-LOCATED, FROM A LESS SECURE 3 CH HOLDING UNIT TO A MORE RESTRICTIVE 7CH LOCATION, A GREAT RISK TO MY PERSONAL SAFETY AND LIFE PERSISTS.

SGT O'DELL IS AN OFFICER WITH MANY YEARS EXPERIENCE AT K.S.P. WHICH HAS LED TO HIS FORMING OCCULTING RELATION-SHIPS WITH LIKEMINDED FELLOW OFFICERS WHERE INITIATION INTO THE PRACTICE CONSISTS OF UNPROVOKED VIOLENCE/ ASSAULT AGAINST INCARCERATED MEN AT K.S.P.

THEREFORE I NOW DECLARE THAT I FEAR FOR MY PERSONAL SAFETY AND LIFE WHILE WITHIN THE CONFINES OF K.S.P. RE-QUEST A KEEP SEPERATE/ INMATE-STAFF CONFLICT BE DOC-UMENTED BETWEEN SGT O'DELL AND MYSELF, ALONG WITH IMMEDIATE RE-LOCATION TO PROTECTIVE HOUSING/ INSTITU-TIONAL STATUS.

intentional  Failure to protect with intent to case immmate
danger- see
Evidence in the IRT File                    IN URGENCY,

Forhead ?
temple ?
Eye left ?
Noise ?
neck pain possible injury ?
Request xray no respence yet ?

( SIGN HERE )
( PRINT NAME )
( DATE · CELL # )

**FILED**
VANESSA L ARMSTRONG, CLERK

10/6/2020

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY







Marcus Chapman 249352
KSP 3CH-14 R·11
266 water st
Eddyville Ky 42038



Vanessa L armstrong
office of the clerk
United States District Court
Federal Building Room 127
501 Broadway
Paducah Ky 42001- 6801

4200138866   C006